# United States Court of Appeals for the Fifth Circuit

No. 21-51250
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
December 9, 2022

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

GOLWER JOVANY CRUZ-SILVA,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:21-CR-813-1

Before JOLLY, OLDHAM, and WILSON, *Circuit Judges*.

PER CURIAM:*

The attorney appointed to represent Golwer Jovany Cruz-Silva has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Cruz-Silva has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Cruz-Silva's claims of

---

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 21-51250

ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Cruz-Silva's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.